UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ____ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ __1st LMM__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ion Ciuca**　　　　JOINT DEBTOR: _____　　　　CASE NO.: **13-40420**
Last Four Digits of SS# xxx-xx-1999　　Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __470.14__ for months __1__ to __10__ ;
B. $ __55.00__ for months __11__ to __60__ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __*6,000.00__   TOTAL PAID $ __3,100.00__
　　　　　　　Balance Due $ __2,900.00__ payable $ __290.00__ /month (Months __1__ to __10__ )

*3,500.00 for Chapter 13 Petition, $2,500.00 for LMM

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Bank of America, N.A.
c/o Shapiro, Fishman & Gache, LLP; 2424 N. Federal Hwy., Suite 360; Boca Raton, FL 33431
Account No: 1483　　　　LMM Payment $ __133.69__ /month (Months __1__ to __10__)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
__-NONE-__　　Total Due $ _____
　　　　　　Payable $ _____ /month (Months __ to __) Regular Payment $ _____

Unsecured Creditors:　　Pay $12.54 /month (Months __1__ to __10__).
　　　　　　　　　　　Pay $50.00/month (Months __11__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Bank of America mortgage #1483 has been modified and will be paid outside of the Plan. Auto loan in favor of SunTrust Bank #4622, is current and will be paid outside of the Plan. Ocean Townhouses Condominium Association is current and will be paid outside of the Plan. Diamond Resorts/The Palms #1172 is current and will be paid outside of the Plan.

Rejected Contracts and/or Leases
-NONE-

Assumed Contracts and/or Leases
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ion Ciuca_
Ion Ciuca
Debtor
Date: __10.22.2014__

LF-31 (rev. 01/08/10)