UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **2nd LMM** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ion Ciuca**     JOINT DEBTOR: _____     CASE NO.: **13-40420**
Last Four Digits of SS#   xxx-xx-1999     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ **449.67** for months **1** to **10** ;
    B. $ **55.00** for months **11** to **60** ;
    C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ *6,000.00    TOTAL PAID $ 3,100.00
                Balance Due $ 2,900.00 payable $ 290.00 /month (Months 1 to 10)

*3,500.00 for Chapter 13 Petition, $2,500.00 for LMM

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Bank of America, N.A.
c/o Shapiro, Fishman & Gache, LLP; 2424 N. Federal Hwy., Suite 360;
Boca Raton, FL 33431

Account No: 1483     LMM Payment $ 133.69 /month (Months 1 to 10)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
   **-NONE-**     Total Due $ _____
              Payable $ _____ /month (Months __ to __)    Regular Payment $ _____

Unsecured Creditors:    Pay $12.54 /month (Months 1 to 10).
                   Pay $50.00/month (Months 11 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Bank of America mortgage #1483 has been modified and will be paid outside of the Plan. Auto loan in favor of SunTrust Bank #4622, is current and will be paid outside of the Plan. Ocean Townhouses Condominium Association is current and will be paid outside of the Plan. Diamond Resorts/The Palms #1172 is current and will be paid outside of the Plan.

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ion Ciuca_
Ion Ciuca
Debtor
Date: 12.11.2014